UNITED STATES DISTRICT COURT FOR THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS
BANKRUPTCY DIVISION

IN RE:                                                   :
                                                         : CASE NUMBER 3:12 bk 30011
TRAMCOM, INC,                                            :
                                                         : CHAPTER 11
                                                         :
                                                         : JUDGE MARY F. WALRATH
           DEBTOR.                                       :

**NOTICE OF APPEARANCE**

Comes now Martin P. Ochs, and gives notice of his appearance on behalf of Donald F. Walton, United States Trustee for Region 21.

>Respectfully submitted,
>DONALD F. WALTON
>UNITED STATES TRUSTEE, REGION 21
>
>*s/ Martin P. Ochs*
>MARTIN P. OCHS
>NY Bar No. MO-1203
>Georgia Bar Number 091608
>United States Department of Justice
>Office of the United States Trustee
>362 Richard B. Russell Building
>75 Spring Street, S.W.
>Atlanta, Georgia  30303
>(404)-331-4437
>martin.p.ochs@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2012, a true and correct copy of the United States Trustee's Notice of Appearance was sent by First Class United States Mail to the following party in interest:

| | |
|---|---|
| Benjamin A. Currence | Tramcon, Inc. |
| BENJAMIN A. CURRENCE P. C. | 9617 Estate Thomas |
| P.O.Box 6143 | St. Thomas, VI 00802 |
| St. Thomas, VI 00804-6143 | |

This the 24th day of July, 2012.

                                                        By:   s/ Martin P. Ochs
                                                                           Martin P. Ochs
                                                                          Trial Attorney