IN THE DISTRICT COURT FOR THE VIRGIN ISLANDS BANKRUPTCY DIVISION
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE: TRAMCON, INC., <br><br> Debtor. | CASE NO.: 3:12-bk-30011 MFW <br><br> Chapter 11 |
| TRAMCON, INC., <br><br> Plaintiff, | **REMOVED FROM THE SUPERIOR COURT OF THE VIRGIN ISLANDS DOCKET NO.: ST 2012-CV-272** |
| vs. | ADV. PRO. NO.: 3:12-ap-03005 MFW |
| TRAMWAY PROPERTIES, INC., and JOHN DOES 1-100, <br><br> Defendants. | ACTION FOR CIVIL RICO, BREACH OF CONTRACTS, DEBT, BREACH OF FIDUCIARY DUTY, AND MISREPRE-SENTATION. |

Re: 18

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY
## FOR DEBTOR UNDER SPECIAL RETAINER

Upon consideration of the application of Tramcon, Inc., the Debtor in this case, praying for authority to employ Scot F. McChain, Esq. as special counsel to represent it with regard to Tramcon, Inc. v. Tramway Properties, Inc., and John does 1-100, (Civil No. Civ. ST-12 CV-272, Superior Court of the Virgin Islands, Division of St. Thomas and St. John, removed to Bankruptcy Division Case No. 3:12-bk-3011 MFW), an action for breach of agency agreement, breach of fiduciary duty, breach of contract, and debts with respect to a joint venture in which the parties agreed to split profits and losses and economic development (EDC) benefits, and the Court being satisfied that Scot F. McChain represents no interest adverse to the Debtor or the Debtor's estate in the matters upon which they are to be engaged, and that their employment is necessary and would be in the best interest of the estate;

**NOW THEREFORE IT IS ORDERED**, that Tramcon, Inc., as the Debtor in this case, be and is hereby authorized to employ Scot F. McChain to represent it on an hourly fee basis on the terms set forth in the Application with respect to the matters set forth above.

Dated: 9/13/12

_____
Mary F. Walrath  United States Bankruptcy Judge