**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
DIVISION OF ST. THOMAS / ST. JOHN**

| | |
|---|---|
| In re: | Chapter 11 |
| TRAMCON, INC., | Case No. 3:12-30011 (MFW) |
| Debtor. | |

**NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that the undersigned will, by agreement of counsel, on October 9, 2012, take the depositions upon oral examination pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to this proceeding by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") of the following designated agents of the Debtor, commencing at or about the times listed opposite the names of said individuals and continuing until completed.

1. Mr. Glenn A. Elskoe        8:30 o'clock a.m.

2. Mr. Vinod Dadlani          10:00 o'clock a.m.

3. Ms. Tracy Wayman           1:00 o'clock p.m.

4. Mr. Dean Luke              3:00 o'clock p.m.

The subjects for examination include all matters and factual allegations relating to the Motion of Tramway Properties, Inc. to Compel Assumption or Rejection of Leases and Joint Venture Agreement (Docket No. 60) (the "Motion") and any responses or objections filed to the Motion.

These depositions will be conducted at the offices of Moore Dodson & Russell, PC, 5035 Norre Gade, St. Thomas, VI 00802:  The depositions will be recorded by

stenographic means and/or videotape recording, and will be taken before a notary public or some other officer duly authorized by law to take depositions.

Date:   September 20, 2012          Respectfully submitted,

*/s/ Charles S. Russell, Jr.*
Charles S. Russell, Jr., Esq. (VI Bar No. 742)
Helen Kim, Esq. (VI Bar No. 1157)
MOORE DODSON & RUSSELL, P.C.
5035 Norre Gade
P.O. Box 310
St. Thomas, VI 00804
T:  (340) 777-5490
F:  (340) 777-5498
steve@mdrvi.com

-- and –

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
Francis A. Monaco, Jr., Esq.
Ericka F. Johnson, Esq.
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone: 302-252-4320
Facsimile: 302-252-4330
fmonaco@wcsr.com
erjohnson@wcsr.com

Attorneys for Tramway Properties, Inc.