*CASE*
*6/17/13*

Revised: Dec 31 2007
Form #: 200-008-1

**FLATIRON**
**C A P I T A L**
A DIVISION OF WELLS FARGO BANK, N.A.
1700 Lincoln St. 12th Floor
Denver, CO 80203
800-800-2767
Correspondence and overnight deliveries should be sent to our street address.

06/17/2013

TO:  TRAMCON INC
     ADAM HOOVER, CHAPTER 11 TRUSTEE FOR THE ESTATE OF TRAMCON, INC
     C/O LAW OFFICE OF ADAM HOOVER
     PO BOX 24342
     CHRISTIANSTED, VI 00824

*ok aD*
*AR - Elskoe -*

---BILLING INVOICE---
TO PAY YOUR BILL ONLINE GO TO: WWW.FLATIRONCAPITAL.NET

| | |
|---|---|
| Account Number: | 5173128 |
| Date Payment Due: | 07/11/2013 |
| Scheduled Payment: | $7,080.27 |
| Past Due Amount or (overpayment): | $0.00 |
| **Total Amount Due:** | $7,080.27 |
| If the payment will be received in our office on or after 07/16/2013 pay: | $7,434.28 |

Always remember to include your coupon with your payment and write your account number on your check. All installment payments must be made directly to the lender and payments made by the insured to any other person, firm, agency or corporation do not constitute payment unless and until received by the Lender. Failure to pay any past due amounts and your current installment may result in cancellation of your insurance. Flatiron Capital is a division of Wells Fargo Bank, N.A.

RETAIN THIS PORTION FOR YOUR RECORDS

---

REMIT THIS PORTION WITH YOUR PAYMENT

Insured:    Tramcon Inc

| | |
|---|---|
| Account Number: | 5173128 |
| Date Payment Due: | 07/11/2013 |
| Scheduled Payment: | $7,080.27 |
| Past Due Amount or (overpayment): | $0.00 |
| **Total Amount Due:** | $7,080.27 |
| If the payment will be received in our office on or after 07/16/2013 pay: | $7,434.28 |

Amount Enclosed: _____

MAIL PAYMENTS TO:
Flatiron Capital
PO Box 712195
Denver, CO 80271-2195

5173128000708027900708027900743428

INDEPENDENCE BANK
East Greenwich, RI 02818
401-886-4600 • Fax 401-884-9551
www.independence-bank.com

Member F.D.I.C.

15023

57-171
115

PAY    SEVEN THOUSAND EIGHTY AND 27/100 DOLLARS                                                                DOLLARS

TO THE
ORDER
OF    FLATIRON CAPITAL
      PO BOX 712195
      DENVER CO   80271-2195

DATE  06-20-13        AMOUNT  $7,080.27

MEMO

⑉015023⑉ ⑆011501718⑆    99000466⑉

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

**INDEPENDENCE BANK**                                                                                      15023

06-17-13     06172013          7080.27     A/C #5173128 - ELSKOE

Independent Graphics Co.
401-308-7609
WL85111M1-LNG                                                                                    PRINTED IN U.S.A.

**INDEPENDENCE BANK**                                                                                      15023

06-20-13    FLATIRON CAPITAL                                                   $7080.27

06-17-13     06172013          7080.27     A/C #5173128 - ELSKOE

⑉015023⑉ ⑆58200171⑆    99000466    07